# Court of Appeals
# of the State of Georgia

ATLANTA,  June 15, 2017

*The Court of Appeals hereby passes the following order:*

**A17A1669.  EARL JOENELLE HAWKINS v. THE STATE**

Appellant has filed a Motion For Remand to allow him to develop the record on his claim of ineffective assistance of counsel.  Appellant's current counsel did not begin representing Appellant until after the denial of Appellant's motion for new trial. Appellant, through his current counsel, raises appellant's claim of ineffective assistance of counsel for the first time in the Brief Of Appellant filed contemporaneously with this motion.  The Motion To Remand is hereby GRANTED.

Appellant's Motion To Supplement and Appellee's Motion To Dismiss will be MOOT upon remand of the case.



*Court of Appeals of the State of Georgia*
 *Clerk's Office, Atlanta,*  06/15/2017
 *I certify that the above is a true extract from* *the minutes of the Court of Appeals of Georgia.*
 *Witness my signature and the seal of said court* *hereto affixed the day and year last above written.*

_____ , *Clerk.*